UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

RUDEAN WEIR

                           Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY TELE CONFERENCE**

22 -MAG- 5325 ( OTW )( )

DOC #_____

Defendant ___**RUDEAN WEIR**_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

**X**    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

**X**    Bail/Detention Hearing

**X**    Conference Before a Judicial Officer

_[signature: Rudean Weir pq]_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

RUDEAN WEIR
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

PETER E. QUIJANO
Print Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology.

7/20/22
Date

_[signature]_
**Ona T. Wang**
United States Magistrate Judge